FILED

12/13/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0477

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0477

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JOHN HILL,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's amended motion for extension of time to produce transcripts on appeal, and good cause appearing, Court Reporter Ann M. Allen is granted an extension of time to and including January 12, 2023, within which to prepare, file, and serve the transcripts requested on appeal.

The Clerk shall serve a copy of this Order upon the district court and the court reporter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 13 2022